JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC NORMAN OLSEN, | ) | Case No. EDCV 18-1550 JFW(JC) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| DANIEL STONE, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed.

IT IS SO ADJUDGED.

DATED: September 6, 2018

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE